No. 78–1262. Flowers v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–1267. Hicks v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–1272. Noall v. United States et al. C. A. 2d Cir. Certiorari denied.

No. 78–1331. Weinger v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1333. Standard Alliance Industries, Inc. v. Black Clawson Co. C. A. 6th Cir. Certiorari denied.

No. 78–1339. Taylor v. Nashville Banner Publishing Co. Ct. App. Tenn. Certiorari denied.

No. 78–1349. Kerner v. State Employees' Retirement System of Illinois et al. Sup. Ct. Ill. Certiorari denied.

No. 78–1350. Leonard v. Exxon Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 78–1354. Kluge v. Superior Court of California, County of Los Angeles. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1360. Fiore v. County of Westmoreland et al. Pa. Commw. Ct. Certiorari denied.

No. 78–1361. McCoy v. Lincoln Intermediate Unit No. 12. Pa. Commw. Ct. Certiorari denied.